# United States District Court, Northern District of Illinois

JS-6

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 04 C 50332 | DATE | 8/5/2004 |
| CASE TITLE | U.S.A. vs. EDWARD PENCE | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, the § 2255 motion is summarily denied.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | 8-6-04 date docketed | |
| | Notified counsel by telephone. | | | 3 |
| | Docketing to mail notices. | | docketing deputy initials | |
| ✓ | Mail AO 450 form. | | | |
| ✓ | Copy to judge/magistrate judge. ✓ | | 8-5-04 date mailed notice | |
| /SEC | courtroom deputy's initials | Date/time received in central Clerk's Office | DW mailing deputy initials | |

# ORDER

Petitioner, Edward Pence, a convicted federal prisoner, has filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 seeking a minor role reduction under U.S.S.G. §3B1.2 in his sentence, notwithstanding the fact that he received the benefit of both a downward departure from the statutory mandatory minimum sentence and the sentencing guideline range in his plea agreement. More importantly as it pertains to the present motion, Pence waived his right to appeal or contest under § 2255 his conviction and the resulting sentence. Such a knowing and voluntary waiver, as is the case here, is enforceable unless Pence can establish a claim of ineffective assistance of counsel in connection with negotiating the agreement. See Mason v. United States, 211 F.3d 1065 (7th Cir. 2000). No such allegation is made in the motion. The motion is summarily denied.